[No. 5221-1-II. Division Two. February 1, 1982.]

*In the Matter of the Marriage of* DORIS KOSKI,
*Appellant, and* GEORGE KOSKI,
*Respondent.*

Appeal from a judgment of the Superior Court for Pacific
County, No. 20181, Robert A. Hannan, J. Pro Tem.,

entered November 14, 1980. *Reversed* and *remanded* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Johnson, J. Pro Tem.